BEYER ET AL., APPELLEES AND CROSS-APPELLANTS, *v.* RIETER AUTOMOTIVE
NORTH AMERICAN, INC., APPELLANT AND CROSS-APPELLEE, ET AL.
[Cite as *Beyer v. Rieter Automotive N. Am., Inc.,* 134 Ohio St.3d 379,
2012-Ohio-5627.]

*Court of appeals' judgment reversed on the authority of* Hewitt v. L.E. Myers Co.

(No. 2012-1283—Submitted December 4, 2012—Decided December 5, 2012.

APPEAL and CROSS-APPEAL from the Court of Appeals for Lucas County,

No. L-11-1110, 2012-Ohio-2807.

_____

{¶ 1} The discretionary appeal and cross-appeal are accepted. The judgment of the court of appeals is reversed on the authority of *Hewitt v. L.E. Myers Co.*, 134 Ohio St.3d 199, 2012-Ohio-5317, 981 N.E.2d 795, and judgment is entered in favor of Rieter Automotive North American, Inc.

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

PFEIFER, J., dissents and would affirm the judgment of the court of appeals.

_____

Spitler & Williams-Young Co., L.P.A., Marc G. Williams-Young, and Elaine B. Szuch, for appellees and cross-appellants, Thomas H. Beyer and Sherry Beyer.

Weston Hurd, L.L.P., Shawn W. Maestle, and Jeffrey L. Tasse, for appellant and cross-appellee.

_____